Henry G. Wykowski (State Bar No. 068255)
Andrew F. Scher (State Bar No. 140571)
**HENRY G. WYKOWSKI & ASSOCIATES**
235 Montgomery Street, Suite 657
San Francisco, CA 94104
Telephone: (415) 788-4545
Facsimile: (415) 788-4546

Attorneys for Plaintiff
PATIENTS MUTUAL ASSISTANCE
COLLECTIVE CORPORATION, dba.
HARBORSIDE HEALTH CENTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATIENTS MUTUAL ASSISTANCE COLLECTIVE CORPORATION, dba HARBORSIDE HEALTH CENTER<br><br>Plaintiff,<br><br>vs.<br><br>THE HERSHEY COMPANY<br>and<br>HERSHEY CHOCOLATE & CONFECTIONARY CORPORATION,<br><br>Defendants. | CASE NO. 17-cv-7175 KAW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action with prejudice.

Dated: January 30, 2018

HENRY G. WYKOWSKI AND ASSOCIATES

By: _____
Henry G. Wykowski, Esq.
*Attorneys for Plaintiff*
Patients Mutual Assistance Collective Corporation
dba Harborside Health Center

1